United States District Court
Southern District of Texas
**ENTERED**
August 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SMYSER KAPLAN & VESELKA, L.L.P. § § Petitioner, § § v. § § NOBU SU a/k/a Hsin Chi Su a/k/a § Nobuyoshi Morimoto and F5 CAPITAL, § Respondents. § | Civil Action No. 4:15-cv-3760 |

## ORDER ON MOTION TO CONFIRM ARBITRATION AWARD

This Court, having considered Petitioner Smyser Kaplan & Veselka, L.L.P.'s Motion to Confirm the Final Arbitration Award rendered in the matter *Smyser Kaplan & Veselka, L.L.P. v. Nobu Su a/k/a Hsin Chi Su a/k/a Nobuyoshi Morimoto and F5 Capital*, AAA Case No. 01-15-0003-0430, the response and arguments of counsel, and all relevant law and facts, finds that the Motion should be GRANTED.

The Court therefore enters judgment in accordance with the Final Arbitration Award.

Signed on this the 16 day of August, 2016.

_____
U.S. DISTRICT JUDGE